ANNIE WEINTRAUTE AND ALEX WEINTRAUTE d. b. a. *vs.*
HENRIETTA SOLOMON, p. b. r.

Sussex County. April Term, 1894.

**Judgment.**—A joint judgment cannot be entered on a several warrant of attorney.

**Certiorari.**—Judgment was entered before a justice of the peace on a note with warrant of attorney to confess judgment.

*Bacon,* for the appellant, filed an exception to the record in that the judgment was joint against two, while the authority to confess judgment was single.   *Seal vs. Seal,* 1 Houst. 516.

*R. C. White,* for the respondent.

The exception was sustained and judgment reversed.